F. McClure Wallace, Esq.
Nevada Bar No.: 10264
Patrick R. Millsap, Esq.
Nevada Bar No.: 12043
WALLACE & MILLSAP
510 W Plumb Ln., Ste. A
Reno, Nevada 89509
(775) 683-9599
mcclure@wallacemillsap.com
patrick@wallacemillsap.com
Attorneys for Defendants

# UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF THE WEST, a California banking corporation,<br><br>Plaintiffs<br><br>v.<br><br>GEOTEMPS, INC., a Nevada corporation; LANCE I. TAYLOR, an individual; GEOTEMPS INTERNATIONAL, INC., a Nevada corporation; DOES I THROUGH X; and ROE CORPORATIONS I THROUGH X.<br><br>Defendants. | Case No.:   3:19-cv-00472<br><br>STIPULATION & ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT |

Defendants Geotemps, Inc., Lance I. Taylor, and Geotemps International, Inc., by and through its legal counsel of record the law firm of Wallace & Millsap, and Plaintiff Bank of the West, by and through its legal counsel of record Holley Driggs, hereby stipulate to extend the deadline for Defendants to answer the Complaint to September 13, 2019. This stipulation is agreed to in good faith and is not for the purpose of undue delay. This is the first stipulation requesting an extension to answer the Complaint.

/ / /

DATED September 13, 2019.

By: /s/ *Patrick R. Millsap*
F. McClure Wallace, Esq.
State Bar No.: 10264
Patrick R. Millsap, Esq.
Nevada Bar No.: 12043
WALLACE & MILLSAP LLC
510 W. Plumb Lane, Suite A
Reno, Nevada 89509
Ph:  (775) 683-9599
Fax: (775) 683-9597
mcclure@wallacemillsap.com
patrick@wallacemillsap.com
Attorneys for Defendants

DATED September 13, 2019

By: *Richard F. Holley*
Richard F. Holley, Esq.
Nevada Bar No. 3077
rholley@nevadafirm.com
Holley Driggs Walch Fine Puzey Stein & Thompson
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Ph:  (702) 791-0308
Fax: (702) 791-1912
Attorneys for Plaintiff

The Court hereby grants the Parties' Stipulation to extend the deadline to answer the Complaint to September 13, 2019.

**IT IS SO ORDERED**.

Dated this 16th day of September, 2019

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned Counsel certifies the foregoing Stipulation and Order was filed on the date shown below and served upon Plaintiff Bank of the West, by and through its Legal Counsel of Record, the law firm of Holley Driggs, via the Court's official electronic document filing system "CM/ECF".

**DATED** this 13th day of September, 2019.

By: /s/ *Patrick R. Millsap*
Patrick R. Millsap, Esq.
Nevada Bar No.: 12043
Wallace & Millsap
510 W. Plumb Lane, Suite A
Reno, Nevada 89509
Ph:   (775) 683-9599
Fax:  (775) 683-9597
patrick@wallacemillsap.com
Attorneys for Defendants