*F. McClure Wallace, Esq.*
Nevada Bar No.: 10264
*Patrick R. Millsap, Esq.*
Nevada Bar No.: 12043
*WALLACE & MILLSAP*
510 W Plumb Ln., Ste. A
Reno, Nevada 89509
(775) 683-9599
mcclure@wallacemillsap.com
patrick@wallacemillsap.com
Attorneys for Defendants

# UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **BANK OF THE WEST**, a California banking corporation,<br><br>Plaintiffs<br><br>v.<br><br>**GEOTEMPS, INC.,** a Nevada corporation**; LANCE I. TAYLOR**, an individual**; GEOTEMPS INTERNATIONAL, INC.,** a Nevada corporation**; DOES I THROUGH X;** and **ROE CORPORATIONS I THROUGH X.**<br><br>Defendants. | Case No.: 3:19-cv-00472<br><br>**ORDER TO CONTINE OCTOBER 15, 2019 HEARING REGARDING APPLICATION FOR PREJUDGMENT WRIT OF POSSESION** |

Defendants Geotemps, Inc., Lance I. Taylor, and Geotemps International, Inc., by and through their counsel of record, McClure Wallace, Esq. and Patrick Millsap, Esq. of Wallace & Millsap, and Plaintiff Bank of the West, by and through its legal counsel of record Richard Holley, Esq. and Andrea Gandara, Esq. of Holley Driggs, hereby stipulate to continue the hearing currently scheduled on October 15, 2019 regarding Plaintiff's Application for Prejudgment Writ of Possession or, in alternative, Order to Show Cause Why Writ of Possession and Temporary Restraining Order Should Not Issue (ECF No. 6) (the "Writ") to **Monday, November**

1  18, 2019 **at 10:00 a.m.** Counsel for all Parties further stipulate Defendants shall submit any affidavits in opposition to the Writ by **October 28, 2019**.

This is the first stipulation requesting a continuance of the hearing referenced above. Counsel certify this request is made for good-cause and not for the purpose of undue delay.

**AFFIRMATION**

The undersigned hereby affirms this document does not contain the social security number or legally private information of any person.

DATED: October 9, 2019                              DATED: October 9, 2019

By: /s/ *Patrick R. Millsap* .                     By: *Richard F. Holley, Esq.* .
F. McClure Wallace, Esq.                            Richard F. Holley, Esq.
State Bar No.: 10264                                Nevada Bar No. 3077
Patrick R. Millsap, Esq.                            HOLLEY DRIGGS WALCH FINE PUZEY
Nevada Bar No.: 12043                               STEIN & THOMPSON
WALLACE & MILLSAP LLC                               400 South Fourth Street, Third Floor
*Attorneys for Defendants*                          Las Vegas, Nevada 89101

**ORDER**

The Court hereby grants the Parties' Stipulation to continue the hearing on October 15, 2019 regarding Plaintiff's Application for Prejudgment Writ of Possession or, in alternative, Order to Show Cause Why Writ of Possession and Temporary Restraining Order Should Not Issue to November 18, 2019 at 10:00 A.M. Defendants shall file any affidavits in opposition to the Writ by **October 28, 2019**.

**IT IS SO ORDERED.**

Dated this 9th day of October, 2019.

_____
ROBERT C. JONES
District Court Judge