Wallace & Millsap
510 W Plumb Ln., Reno, Nevada / (775) 683-9599

# UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **BANK OF THE WEST**, a California banking corporation,<br><br>Plaintiffs<br><br>v.<br><br>**GEOTEMPS, INC.,** a Nevada corporation**; LANCE I. TAYLOR**, an individual**; GEOTEMPS INTERNATIONAL, INC.,** a Nevada corporation**; DOES I THROUGH X;** and **ROE CORPORATIONS I THROUGH X.**<br><br>Defendants. | Case No.: 3:19-cv-00472<br><br>**ORDER TO CONTINUE NOVEMBER 18, 2019 HEARING REGARDING APPLICATION FOR PREJUDGMENT WRIT OF POSSESION** |

Defendants Geotemps, Inc., Lance I. Taylor, and Geotemps International, Inc., by and through their counsel of record, McClure Wallace, Esq. and Patrick Millsap, Esq. of Wallace & Millsap; and Plaintiff Bank of the West, by and through its legal counsel of record Richard Holley, Esq. and Andrea Gandara, Esq. of Holley, Driggs, Walch, Fine, Puzey, Stein, Thompson hereby stipulate to continue the hearing currently scheduled on November 18, 2019 regarding Plaintiff's Application for Prejudgment Writ of Possession or, in alternative, Order to Show Cause Why Writ of Possession and Temporary Restraining Order Should Not Issue (ECF No. 6) (the "Writ") to **Friday, December 20, 2019.**

/ / /

/ / /

/ / /

Page **1** of **2**

This is the second stipulation requesting a continuance of the hearing referenced above. Counsel certify this request is made for good-cause and not for the purpose of undue delay. Specifically, the Parties are engaged in good-faith settlement negotiations, which forms the basis for the requested continuance.

DATED: November 14, 2019

By: /s/ *Patrick R. Millsap* .
F. McClure Wallace, Esq.
State Bar No.: 10264
Patrick R. Millsap, Esq.
Nevada Bar No.: 12043
WALLACE & MILLSAP LLC
*Attorneys for Defendants*

DATED: November 14, 2019

By: *Richard F. Holley, Esq.* .
Richard F. Holley, Esq.
Nevada Bar No. 3077
HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

## ORDER

The Court hereby grants the Parties' Stipulation to continue the hearing on November 18, 2019 regarding Plaintiff's Application for Prejudgment Writ of Possession or, in the alternative, Order to Show Cause Why Writ of Possession and Temporary Restraining Order Should Not Issue to **December 20, 2019 at the hour of 10:00AM, in Reno Courtroom 3, before Judge Robert C. Jones.**

**IT IS SO ORDERED.**

Dated this 15th day of November, 2019.

_____
United States District Judge