*Wallace & Millsap*
510 W Plumb Ln., Reno, Nevada / (775) 683-9599

# UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

**BANK OF THE WEST**, a California banking corporation,

Plaintiffs

v.

**GEOTEMPS, INC.,** a Nevada corporation**; LANCE I. TAYLOR**, an individual**; GEOTEMPS INTERNATIONAL, INC.,** a Nevada corporation**; DOES I THROUGH X;** and **ROE CORPORATIONS I THROUGH X.**

Defendants.

Case No.:    3:19-cv-00472

**STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE**

Defendants Geotemps, Inc., Lance I. Taylor, and Geotemps International, Inc., by and through their counsel of record, McClure Wallace, Esq. and Patrick Millsap, Esq. of Wallace & Millsap; and Plaintiff Bank of the West, by and through its legal counsel of record Richard Holley, Esq. and Andrea Gandara, Esq. of Holley, Driggs, Walch, Fine, Puzey, Stein, Thompson hereby stipulate to dismiss the above-entitled action, with prejudice, as to all claims, and causes of actions, thereby concluding this matter in full.

DATED: January 15, 2020.

By: /s/ *Patrick R. Millsap*            .
F. McClure Wallace, Esq.
State Bar No.: 10264
Patrick R. Millsap, Esq.
Nevada Bar No.: 12043
WALLACE & MILLSAP LLC
*Attorneys for Defendants*

DATED: January 15, 2020.

By:    *Richard F. Holley, Esq.*        .
Richard F. Holley, Esq.
Nevada Bar No. 3077
HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Wallace & Millsap

510 W Plumb Ln., Reno, Nevada / (775) 683-9599

1

**<u>ORDER</u>**

2        Based on the foregoing Stipulation, and good cause appearing,

3 IT IS HEREBY ORDERED the above-entitled action be dismissed, with

4 prejudice, as to all claims, and causes of actions, which fully concludes this matter.

5        IT IS FURTHER ORDERED that the motion hearing set for 10:00 A.M.,

6 Tuesday, January 21, 2020 is VACATED.

7

8

9                           January 21, 2020

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28